IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO AREA JOINT WELFARE COMMITTEE FOR THE POINTING, CLEANING AND CAULKING INDUSTRY, LOCAL 52, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KENNA CONSTRUCTION COMPANY, an Illinois corporation, <br><br> Defendant. | CIVIL ACTION <br><br> NO. 15 C 3294 <br><br> JUDGE JOHN J. THARP, JR. |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, KENNA CONSTRUCTION COMPANY, an Illinois corporation, in the total amount of $6,988.30, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,496.50.

On April 15, 2015, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to his receptionist, Jackie Alonso) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on May 6, 2015. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Patrick N. Ryan

## CERTIFICATE OF SERVICE

  The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 11th day of June 2015:

    Mr. Anthony J. Madormo, Registered Agent
    Querrey & Harrow, Ltd.
    175 W. Jackson Boulevard, Suite 1600
    Chicago, IL   60604-2827

    Mr. Paul D. Kenna, President
    Kenna Construction Company
    130 N. Garland Court, Unit 1102
    Chicago, IL   60602


        /s/   Patrick N. Ryan


Patrick N. Ryan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL   60606-5231
Bar No.: 6278364
Telephone:  312/216-2573
Facsimile: 312/236-0241
E-Mail: pryan@baumsigman.com

I:\52J\Kenna\motion.pnr.df.wpd